U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 28 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:13-cr-00070 |
| | * | |
| | * | 21 U.S.C. § 846 |
| | * | Drug Conspiracy |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | Possession of a Firearm by a Felon |
| | * | |
| SCOTT WILLIAM WOOD | * | DISTRICT JUDGE |
| ANTHONY LARANCE WILLIAMS | * | MAGISTRATE JUDGE MARK HORNSBY |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### DRUG CONSPIRACY
### 21 U.S.C. §§ 841(a)(1) and 846

Beginning at a date uncertain but no later than April 2012, and continuing until on or about June 20, 2012, in the Western District of Louisiana and elsewhere, the defendants, SCOTT WILLIAM WOOD and ANTHONY LARANCE WILLIAMS, and other persons known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree together to possess with the intent to distribute methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.   [21 U.S.C. §§ 841(a)(1) and 846]

## COUNT 2
### POSSESSION OF A FIREARM BY CONVICTED FELON
### 18 U.S.C. § 922(g)(1)

On or about June 20, 2012, in the Western District of Louisiana, the defendant, SCOTT WILLIAM WOOD, having previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit: a Hi-Point, model C9, 9mm caliber pistol and a Bryco Arms, model 38-CA, .380 caliber pistol, 9mm ammunition, .380 ammunition, and .45 caliber ammunition all in violation of Title 18, United States Code, Sections 922 (g)(1) and 924(a). [18 U.S.C. § 922(g)(1) and 924(a)].

### FORFEITURE ALLEGATIONS AND NOTICE
(Firearm and Ammunition)

A. The allegations contained in COUNT 2 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

B. As a result of the violation in COUNT 2 of this Indictment, the defendant, SCOTT WILLIAM WOOD, shall forfeit to the United States the firearm and ammunition described and listed in COUNT 2 of the indictment.

A TRUE BILL:

Redacted

_____
FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
Seth D. Reeg, LA. Bar No 34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
Telephone: (318) 676-3600