UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00070-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SCOTT WILLIAM WOOD | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Motion for Clarification of Sentence (Record Document 106) filed by Defendant Scott William Wood ("Wood"). Wood argues the Bureau of Prisons ("BOP") failed to follow the Judgment in this case which stated that "the defendant shall receive credit for time served since the date he was indicted in federal court." Record Document 68. Thus, Defendant asks for clarification of the sentence. For the reasons which follow, the motion is hereby **DENIED**.

The Fifth Circuit has held that, "[T]he Attorney General, through the Bureau of Prisons determines what credit, if any, will be awarded to prisoners for time spent in custody prior to commencement of their federal sentences." Leal v. Tombone, 341 F. 3d 427, 428 (5th Cir. 2003). This Court plays no role in determining what credit for time served a prisoner receives, and therefore the petitioner must take this issue up with the Bureau of Prisons. To the extent Petitioner wishes to challenge the calculation of time served through the Court, such a claim may only be brought in a petition for writ of habeas corpus under 28 U.S.C. §2241 in the jurisdiction in which the Petitioner is confined.

Accordingly,

**IT IS ORDERED** that the Motion for Clarification of Sentence (Record Document 106) filed by Defendant Scott William Woods be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 4th day of August, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT